**Electronically Filed**
**Supreme Court**
**SCWC-17-0000088**
**18-APR-2019**
**12:56 PM**

SCWC-17-0000088

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AC, Petitioner, on behalf of TP, Subject,
Respondent/Petitioner-Appellee,

vs.

NP, Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000088; CASE NO. FC-DA 16-1-0193)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant NP's application for writ of certiorari filed on February 24, 2019 is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 18, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

